**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| KCI USA, INC., | ) CASE NO. 1:14-CV-00549 |
| Plaintiff, | ) JUDGE BENITA Y. PEARSON |
| v. | ) |
| | ) **[PROPOSED] ORDER GRANTING** |
| HEALTHCARE ESSENTIALS, INC., ET AL., | ) **PLAINTIFF KCI USA, INC.'S** |
| | ) **MOTION FOR DEFAULT** |
| | ) **JUDGMENT AGAINST** |
| Defendants. | ) **DEFENDANTS DANIEL RADER** |
| | ) **AND ANTHONY ESTRADA** |

This matter is before the Court on Plaintiff KCI USA, Inc.'s ("Plaintiff") Motion for Default Judgment Against Defendants Daniel Rader and Anthony Estrada ("Motion"). Defendants Daniel Rader and Anthony Estrada, having failed to plead or otherwise respond to the Third Amended Complaint (*See* ECF Nos. 276, 310), Defendant Daniel Rader having failed to appear for his Court-ordered deposition (*see* ECF No. 351), and after consideration of Plaintiff's Motion, the Court finds it well-taken and hereby GRANTS the Motion. Accordingly, the Court hereby ORDERS as follows:

1. Judgment is entered in Plaintiff's favor and against Defendants Daniel Rader and Anthony Estrada on Count I, Count II, Count III, Count V, Count VI, Count VII, Count IX, and Count X of the Third Amended Complaint.

2. The Court will schedule an evidentiary hearing solely with respect to Plaintiff's damages and may consolidate the evidentiary hearing with respect to any other Defendant in this action.

**IT IS SO ORDERED**.


Date: _____          _____
                                                           BENITA Y. PEARSON
                                                           UNITED STATES DISTRICT JUDGE

10873428 v1